IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILLIAM J. RONDEAUX,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF YELLOWSTONE, SCOTT TWITO,<br><br>Defendants. | CV 23-114-BLG-SPW<br><br>Order |

On October 5, 2023, Plaintiff William J. Rondeaux ("Rondeaux") filed a civil rights complaint under 42 U.S.C. § 1983. (Doc. 2.) Rondeaux also submitted a motion to proceed in forma pauperis but failed to provide a copy of his inmate account statement. (*See* Doc. 1.) Rondeaux generally alleges that he was denied a fair probable cause determination and that the State arrested him using false affidavits. (Doc. 2 at 3-5.)

Rondeaux was directed to provide his account statement and was given 21 days within which to do so. (Doc. 4.) He was informed that failure to comply with the Court's order would result in dismissal of the matter without further notice. (*Id.* at 2.) Rondeaux failed to respond.

Based upon the foregoing, the Court issues the following:

1

## ORDER

1. Rondeaux's motion for leave to proceed in forma pauperis (Doc. 1) is DENIED.

2. Rondeaux's Complaint (Doc. 2) is DISMISSED without prejudice.

3. The Clerk of Court is directed to close this matter and enter judgment in favor of Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

4. 3. The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. No reasonable person could suppose an appeal would have merit.

DATED this 27th day of November, 2023.

Susan P. Watters
United States District Court Judge